UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE MARK A. BARNETT, CLAIRE R. KELLY, JENNIFER CHOE-GROVES, JUDGES

|  |  |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-00052-3JP and All Cases Per Attached Schedule |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Rule 75(d) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Sanjay J. Mullick is no longer affiliated with Kirkland & Ellis LLP. Mr. Mullick should be removed as an attorney of record in the attached schedule of captioned matters. Kirkland & Ellis LLP remains counsel to Plaintiffs on the attached schedule of cases and Michael F. Williams remains as lead counsel in all matters on the schedule.

Date: July 31, 2023

/s/ Michael F. Williams
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 389-5123
michael.williams@kirkland.com

**Schedule to Notice of Withdrawal of Attorney: Carolyn R. Schroll**

| Case Number | Case Name | Parties Represented |
|---|---|---|
| 1:20-cv-03220-3JP | Hyperion Materials & Technology, Inc.; Diamond Innovations, Inc., v. U.S. et al. | Hyperion Materials & Technology, Inc.; Diamond Innovations, Inc. |
| 1:20-cv-03263-3JP | Weiman Products, LLC v. U.S. et al. | Weiman Products, LLC dba Purpose Built Brands |
| 1:20-cv-03294-3JP | Bestop, Inc.; Baja Designs, Inc.; Tuffy Associates Corp.; Bullring USA v. U.S. et al. | Bestop, Inc.; Baja Designs, Inc.; Tuffy Associates Corp.; Bullring USA |
| 1:20-cv-03320-3JP | Nitrofill, LLC v. U.S. et al. | Nitrofill, LLC |
| 1:20-cv-03335-3JP | Race Winning Brands, Inc.; Manley Performance Products, Inc. v. U.S. et al. | Race Winning Brands, Inc.; Manley Performance Products, Inc. |
| 1:20-cv-03353-3JP | Vehicle Accessory Group, Inc. v. U.S. et al. | Vehicle Accessory Group, Inc. |
| 1:20-cv-03373-3JP | STIC Corp.; Staples the Office Superstore, LLC; IN Designs Global. LLC; Essendant Co. v. U.S. et al. | STIC Corp.; Staples the Office Superstore, LLC; IN Designs Global. LLC; Essendant Co. |
| 1:20-cv-03380-3JP | Belk International, Inc. v. U.S. et al. | Belk International, Inc. |
| 1:20-cv-03396-3JP | Torrid Merchandising, Inc. v. U.S. et al. | Torrid Merchandising, Inc. |
| 1:20-cv-03405-3JP | Hot Topic, Inc.; HU Merchandising, LLC v. U.S. et al. | Hot Topic, Inc.; HU Merchandising, LLC |
| 1:20-cv-03422-3JP | MGF Sourcing US, LLC v. U.S. et al. | MGF Sourcing US, LLC |
| 1:20-cv-03441-3JP | Nielsen & Bainbridge, LLC et al. v. U.S. et al. | Nielsen & Bainbridge, LLC; Dwell & Decor Outdoor LLC; Jimco Lamp & Manufacturing Company; Cheyenne Products LLC; Design Solutions International, Inc.; Patton Picture Company; Quoizel, LLC |
| 1:21-cv-00301-3JP | Lane Bryant Brands Opco LLC v. U.S. et al. | Lane Bryant Brands Opco LLC |
| 1:21-cv-00302-3JP | Premium Brands Opco LLC v. U.S. et al. | Premium Brands Opco LLC |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of International Trade by using the CM/ECF system on July 31, 2023. I certify that all participants in the case are registered CM/ECF users and that service of the notice will be accomplished by the CM/ECF system.

July 31, 2023                                  /s/ Michael F. Williams